AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SAHAK BOGHOSSIAN | ) | Case No.   12-8269-JMH |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

**JUL 1 0 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 5, 2012,_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 472. | Uttering Counterfeit Obligations or Securities of the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Max G. Allen
*Printed name and title*

*I find probable cause. JMH*

Sworn to before me and signed in my presence.

Date: ___7/10/12___

_____
*Judge's signature*

City and state: _____West Palm Beach, Florida_____

Hon. U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

**AFFIDAVIT**
**OF**
**MAX G. ALLEN**
**SPECIAL AGENT**
**UNITED STATES SECRET SERVICE**

I, Max G. Allen, being duly sworn, depose and state as follows:

1. I am a Special Agent with the United States Secret Service (hereinafter referred to as USSS) and have been so employed since August 2010. Routine duties of my current employment include the investigation of violations of federal and state laws pertaining to the manufacturing, distribution, and uttering of counterfeit of U.S. currency, as well as other criminal matters. I respectfully submit this affidavit based upon information known to me personally from my investigation, from other law enforcement agents, and from information reported by witnesses with personal knowledge of the facts contained herein.

2. In conjunction with my official duties, I have conducted an investigation into the distribution of counterfeit U.S. currency by an individual identified as Sahak Boghossian (hereinafter referred to as BOGHOSSIAN). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause that BOGHOSSIAN has committed violations of Title 18, United States Code, Section 472, namely Uttering Counterfeit Obligations or Securities of the United States.

3. On July 5, 2012, this investigation originated when I was contacted by Boynton Beach Police Officer Widy Jean regarding the arrest of one individual for passing a $20 counterfeit federal reserve note at a 7-Eleven Mobil Gas Station located at 850 West Gateway

1

Boulevard, Boynton Beach, Florida.  Boynton Beach Police Officer Widy Jean identified this individual as BOGHOSSIAN.

4.   According to Officer Jean, the Boynton Beach Police Department received a telephone call from Joanna Dunbar, who is employed at the 7-Eleven Mobil Gas Station in Boynton Beach, Florida at approximately 8:12 p.m.  Ms. Dunbar stated that a white male, later identified as BOGHOSSIAN, attempted to purchase gas using a counterfeit U.S. dollar bill, specifically a $20 federal reserve note.

5.   Officer Jean arrived at 7-Eleven Mobil Gas Station located in Boynton Beach and made contact with BOGHOSSIAN.  Officer Jean informed BOGHOSSIAN that he detected the smell of marijuana coming from his vehicle and was going to conduct a search of the vehicle based upon those facts.   Prior to the vehicle search, Officer Jean advised BOGHOSSIAN of his *Miranda* warnings and BOGHOSSIAN signed a *Miranda* card. In a post *Miranda* statement with Officer Jean, BOGHOSSIAN stated that on July 4, 2012, he paid $500 of genuine U.S. currency in return for $1,000 in counterfeit U.S. currency to an individual in West Palm Beach, Florida. The search of the vehicle revealed $1,360 in counterfeit U.S. currency, as well as a number of controlled substances.  Following an inspection of the counterfeit currency seized from BOGHOSSIAN's vehicle, as well as that used by BOGHOSSIAN to attempt to purchase gas at the 7-Eleven Mobil Gas Station, I was able to confirm that the federal reserve notes were in fact counterfeit based upon my training and experience.

6.   BOGHOSSIAN was transported to the Boynton Beach Police Department where I conducted an additional interview. I again advised BOGHOSSIAN of his *Miranda* warnings. BOGHOSSIAN signed a waiver of his rights and also provided a written statement regarding

his involvement in the purchase and uttering of counterfeit federal reserve notes as outlined above. BOGHOSSIAN stated this was the second time he had purchased counterfeit U.S. currency from a subject only known to him as "Tasky."

Based on the above information and facts, I respectfully submit that there is probable cause to believe that BOGHOSSIAN, did with intent to defraud, utter counterfeited obligations or other securities of the United States, namely a $20 federal reserve note, in violation of Title 18, United States, Section 472.

MAX G. ALLEN, SPECIAL AGENT
UNITED STATES SECRET SERVICE


Subscribed and sworn to me
before this _10_ day of July, 2012.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

3